UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERLARD DEREK REMBERT,**

    **Plaintiff,**

v.                                   Case No. 8:09-cv-733-T-30MAP

**STATE OF FLORIDA,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The Court, having considered the Complaint (Dkt. #1), Sworn Declaration of Jerlard D. Rembert (Dkt. #2), and being otherwise advised in the premises, concludes that Plaintiff's complaint should be dismissed. Plaintiff's Complaint alleges that there is another pending federal court case dealing with the same facts or similar facts involved in this action, and that such case was filed in January of 2009 in the Middle District of Florida, Orlando Division.[1] Since this case was filed after the action in Orlando, the Court concludes that this case should be dismissed.

It is therefore ORDERED AND ADJUDGED that:

1.     This case is hereby **DISMISSED**.

2.     The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-733.dismiss order.wpd

---

[1] *Jerlard D. Rembert v. State of Florida*, Case No. 6:09-cv-613-MSS-GJK.